

1  **DYKEMA GOSSETT LLP**
   PATRICIA M. COLEMAN SBN 02464
2  333 South Grand Avenue, Suite 2100
   Los Angeles, California 90071
3  Telephone:   (213) 457-1800
   Facsimile:   (213) 457-1850
4  pcoleman@dykema.com

5  Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

**Filed**

MAY 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SANMINA-SCI, USA, INC.,

    Plaintiff,

    vs.

VELOCITY ELECTRONICS, L.P.,

    Defendant.

Case No. **C08 02534**

**COMPLAINT FOR DAMAGES**

**JURY TRIAL DEMANDED**

## COMPLAINT

16

17      Plaintiff, Sanmina-SCI, USA, Inc. ("Sanmina"), by its attorneys Dykema Gossett LLP, for

18  its Complaint against Defendant Velocity Electronics, L.P. ("Velocity"), states as follows:

19  ### PARTIES

20      1.      Sanmina-SCI, USA, Inc. is a Delaware corporation with its principal place of

21  business in San Jose, California.

22

23      2.      Velocity Electronics, L.P. is a Texas limited partnership with its principal place of

24  business in Austin, Texas.

25  ### JURISDICTION

26      3.      Pursuant to 28 U.S.C. § 1332(a), this Court has diversity jurisdiction over this action

27  because the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between

28  citizens of different States.

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a) and pursuant to the choice of law and forum selection clauses in the parties' contract.

## INTRADISTRICT ASSIGNMENT

5.      The San Jose Division is the proper division for this civil action because a substantial part of the events or omissions which give rise to the claim occurred in Santa Clara County.

## GENERAL ALLEGATIONS

6.      Sanmina is an electronics manufacturing service provider that delivers complete end-to-end manufacturing solutions to technology companies around the world.

7.      Velocity is in the business of supplying electrical components and associated products to electronics manufacturers such as Sanmina.

8.      In the Spring of 2006, Velocity agreed to supply Sanmina with certain capacitors known as Vishay capacitors with part number VJ2225Y105KXCAT4X (the "4X Capacitor"), which Sanmina then incorporated into an electronics component (the "Product") that it produced for its customer.

9.      Specifically, on April 17, 2006, Velocity provided Sanmina with a quote for 5,000 units of the 4X Capacitor. Exhibit A.

10.     On April 19, 2006, Sanmina issued a purchase order for 5,000 units of the 4X Capacitor based on Velocity's quote. Exhibit B.

11.     Again, on May 17, 2006, Velocity provided Sanmina with a quote for an additional 4,000 units of the 4X Capacitor. Exhibit C.

12.     On May 18, 2006, Sanmina issued a purchase order for the 4,000 additional units of the 4X Capacitor based on Velocity's quote. Exhibit D.

13.     On both occasions, Velocity failed to deliver 4X Capacitors as agreed, instead delivering defective, non-conforming, non-4X capacitors.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

14.     Sanmina unknowingly incorporated the non-4X capacitors in the Product that it produced for its customer.

15.     As a direct result of Velocity's supply of defective, non-conforming, non-4X capacitors, several units of the Product Sanmina produced for its customer were defective and failed, and a dispute arose between Sanmina and its customer with respect to the Product and the non-conforming capacitor.

16.     Sanmina advised Velocity of the problem with the non-conforming capacitors and its dispute with its customer, but Velocity failed or refused to indemnify Sanmina or take responsibility for the costs and damages Sanmina incurred as a result.

17.     Sanmina was required to pay nearly $1 million to settle its dispute with its customer arising out of the defective, non-conforming capacitors, non-4X capacitors.

18.     In addition to the nearly $1 million paid to its customer, Sanmina also incurred over $1 million in additional costs to investigate and remedy Velocity's supply of defective, non-conforming, non-4X capacitors.

## COUNT I
## BREACH OF CONTRACT

19.     Sanmina incorporates by reference all prior paragraphs as though fully set forth herein.

20.     Valid contracts exist between Sanmina and Velocity for the supply of the 4X Capacitor.

21.     Sanmina has fulfilled its obligations under the contracts.

22.     Velocity has breached its contracts with Sanmina by, among other things, delivering defective, non-conforming, non-4X capacitors and failing or refusing to indemnify Sanmina in its dispute with its customer.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

From: JANNEY & JANNEY          213 483 7767          05/19/2008 14:53          #541 P.010/026
May-19-08  02:32pm  From-DYKEMA GOSSETT LLP                    626-449-6706          T-004  P.007/026  F-554

Case 5:08-cv-02534-RS    Document 1    Filed 05/19/2008    Page 4 of 20

23.     Sanmina notified Velocity of the breaches within a reasonable time after their discovery.

24.     As a result of Velocity's breaches, Sanmina has suffered and may continue to suffer direct, incidental, and consequential damages, including but not limited to the cost of the goods, the amounts paid to its customer in settlement of the dispute arising from Velocity's supply of non-conforming goods, internal costs and expenses associated with remedying Velocity's supply of non-conforming goods; and lost profits and goodwill.

## COUNT II
## BREACH OF EXPRESS WARRANTIES

25.     Sanmina incorporates by reference all prior paragraphs as though fully set forth herein.

26.     Velocity expressly warranted, among other things, that the capacitors would be free from defects, would be of merchantable quality and fit for the purposes intended by Sanmina, and would be in conformance with any specifications provided by Sanmina.  See Ex. B and D, paragraph 4(a).

27.     Sanmina expressly specified that it required the 4X Capacitor, and Velocity agreed to provide the same.

28.     Velocity breached its express warranties by providing defective, non-4X capacitors that did not conform to the specifications provided by Sanmina, were not merchantable, and were not fit for the purposes intended by Sanmina.

29.     Sanmina notified Velocity of the breaches within a reasonable time after their discovery.

30.     As a result of Velocity's breaches, Sanmina has suffered and may continue to suffer direct, incidental, and consequential damages, including but not limited to the cost of the goods, the amounts paid to its customer in settlement of the dispute arising from Velocity's supply of non-

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

conforming goods, internal costs and expenses associated with remedying Velocity's supply of non-conforming goods; and lost profits and goodwill.

## COUNT III
## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

31.    Sanmina incorporates by reference all prior paragraphs as though fully set forth herein.

32.    Velocity's agreement to supply 4X Capacitors is covered by an implied warranty of merchantability.

33.    Pursuant to the implied warranty of merchantability, Velocity warranted that the capacitors were merchantable and fit for the ordinary purposes for which they are used.

34.    Velocity breached its implied warranty of merchantability by providing capacitors that were defective and non-conforming and therefore were not merchantable and not fit for the ordinary purposes for which they are used.

35.    Sanmina notified Velocity of the breaches within a reasonable time after their discovery.

36.    As a result of Velocity's breaches, Sanmina has suffered and may continue to suffer direct, incidental, and consequential damages, including but not limited to the cost of the goods, the amounts paid to its customer in settlement of the dispute arising from Velocity's supply of non-conforming goods, internal costs and expenses associated with remedying Velocity's supply of non-conforming goods; and lost profits and goodwill.

## COUNT IV
## BREACH OF IMPLIED WARRANTY OF FITNESS

37.    Sanmina incorporates by reference all prior paragraphs as though fully set forth herein.

38.    Velocity's agreement to provide Sanmina with 4X Capacitors is covered by an implied warranty of fitness for a particular use.

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

5

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

39.     At the time of contracting, Velocity had reason to know the particular purpose for which the 4X Capacitors were required and had reason to know that Sanmina was relying on Velocity to furnish suitable goods.  In particular, Velocity knew that Sanmina specifically required the 4X Capacitor, rather than the non-4X Vishay capacitor, for the purpose of incorporating it into the Product pursuant to its customer's specifications and requirements.

40.     The capacitors provided by Velocity were not suitable for the use intended by Sanmina.

41.     Velocity breached its implied warranty of fitness by providing non-4X capacitors that were defective and non-conforming and therefore were not fit for the use for which they were intended and to which they were put.

42.     Sanmina notified Velocity of the breaches within a reasonable time after their discovery.

43.     As a result of Velocity's breaches, Sanmina has suffered and may continue to suffer direct, incidental, and consequential damages, including but not limited to the cost of the goods, the amounts paid to its customer in settlement of the dispute arising from Velocity's supply of non-conforming goods, internal costs and expenses associated with remedying Velocity's supply of non-conforming goods; and lost profits and goodwill.

## COUNT V
## CONTRACTUAL INDEMNIFICATION

44.     Sanmina incorporates by reference all prior paragraphs as though fully set forth herein.

45.     Valid contracts exist between Sanmina and Velocity for the supply of the 4X Capacitor.

46.     Pursuant to the express terms of the contracts between the parties, Velocity agreed to indemnify Sanmina as follows:

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

7.  **INDEMNIFICATION.**  Seller shall indemnify, defend and hold Buyer...harmless from and against any and all demands, claims, actions, causes of action, proceedings, suits, assessments, losses, damages, liabilities, settlements, judgments, fines, penalties, interest, costs and expenses (including fees and disbursements of counsel and, in the case of breach of warranty, including the internal or external cost of any recall (including shipping costs to and from Buyers customer to Buyer), the costs incurred by Buyer to determine the cause of the failure, the technical support labor costs in handling customer relationships and the costs incurred by Buyer to repair the product which incorporates the Product) of every kind (each a Claim, and, collectively Claims)...(iii) based on Sellers breach of these Terms, including but not limited to any breach of the warranties provided in Section 4.... (See Ex. B and D., paragraph 7.)

47.  Moreover, Velocity owes an implied obligation to indemnify Sanmina for foreseeable damages resulting from Velocity's failure properly to perform its contract.

48.  Sanmina has incurred foreseeable costs and expenses based on Velocity's breach of contract and supply of defective, non-conforming, non-4X capacitors, including costs necessary to settle the dispute with Sanmina's customer arising out of, and additional costs and expenses incurred to remedy, Velocity's supply of non-conforming capacitors.

49.  Velocity has failed or refused to indemnify Sanmina for these costs and expenses, in direct violation of its contractual indemnification obligations.

50.  Sanmina has suffered and may continue to suffer damages as a result of Velocity's breach of its contractual obligation to indemnify Sanmina.

## PRAYER FOR RELIEF

WHEREFORE, Sanmina-SCI, USA, Inc. prays for judgment in its favor against Velocity Electronics, L.P., as follows:

1.  Actual damages in excess of one million dollars according to proof;

2.  Reasonable attorneys' fees and costs allowed by Contract and law;

3.  Statutory pre-judgment and post-judgment interest; and

4.  Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY**

Plaintiff demands a trial by jury on all causes of action so triable.

Dated: May 19, 2008

DYKEMA GOSSETT LLP

By: _Patricia M Coleman_

Patricia M. Coleman
Attorneys for Plaintiff

DET01\6604088.1
ID\AJK

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8

COMPLAINT FOR DAMAGES

From: JANNEY & JANNEY          213 483 7767     Filed 05/19/2008 14:55     #541 P. 015/026
May-19-08   02:33pm   From-DYKEMA GOSSETT LLP          626-449-5706          T-004   P.012/026   F-554

Case 5:08-cv-02534-RS   Document 1   Filed 05/19/2008   Page 9 of 20

**EXHIBIT A**

From: JANNEY & JANNEY    213 483 7767    Filed 05/19/2008 14:55  10 of 22  P.016/026
May-19-08    02:34pm    From-DYKEMA GOSSETT LLP    626-449-5705    T-004    P.013/026    F-554

Case 5:08-cv-02534-RS    Document 7-67    Filed 05/19/2008    Page 10 of 26

Message                                                                    Page 1 of 2

**Joe Panaggio**

From:     Chris Comsudi [ccomsudi@velocityelec.com]
Sent:     Monday, April 17, 2006 10:18 AM
To:       Joe Panaggio
Subject:  Velocity Electronics quote VISHAY / VITRAMON p/n: VJ2225Y105KXCAT4X

Hi Joe,

We have found them. See quote below. I can have them on your docks by Wednesday April 19, 2006 once they pass our inspection. Please advise. Thanks.

Internal Part Number: LF-11-2843-01
Mfr Part Number: VJ2225Y105KXCAT4X (lead free / RoHs Compliant)
Manufacturer: VISHAY / VITRAMON
Date Code: 06+
Unit Price: $1.91
Qty: 5,000
MOQ: 4,000 (1k per reel)
Dock Date: 2-3 days ARO

Freight Terms: Collect
FOB: Austin, Texas USA
Insured By Cargo Carrier: No

I will call later to confirm this quote. Thanks for the opportunity!

All sales are governed by Velocity Electronics' Standard Terms & Conditions - a copy of those terms and conditions can be found at www.velocityelec.com/terms.htm.

If any product does not meet manufacturers' specifications with respect to form, fit, function or solderability, the product may be returned to Velocity as described (and subject to the limitations contained) in Velocity's Standard Terms and Conditions of sale. Otherwise, this order is non-cancelable, non-returnable.

**Christopher Comsudi**
**Velocity Electronics**
**Account Manager**
**2208 Energy Drive**
**Suite 100**
**Austin, TX 78758**

ccomsudi@velocityelec.com
www.velocityelec.com

Office:  512-973-9500 ext. 262
Fax:     512-973-9554
Cell:    512-653-8925

ISO 9001:2000
ANSI/ESD S20.20 - 1999

*This email may contain information that is PRIVILEDGED and CONFIDENTIAL. If you have received this communication in error, please delete all copies of the message and the attachments, if any, and promptly notify us at postmaster@velocityelec.com. Any unauthorized review, dissemination, or copying of this email and its attachments, if any, or the information contained herein is prohibited.*

4/17/2006

**EXHIBIT B**

# PURCHASE ORDER

**SAMMINA-SCI**

| | |
|---|---|
| Woburn, MA 01801 | |
| (781) 938-7200 Tel. | |
| (781) 938-1474 Fax | |

**VENDOR**
VELOCITY ELECTRONICS INCORPORATED
9339 UNITED DRIVE
AUSTIN, TX 78758
United States

| CUST. ACCT. NO. | VENDOR NO. | PAYMENT TERMS |
|---|---|---|
| | 10372 | NET 60 |

CONFIRM TO TELEPHONE

| PURCHASE ORDER NO. | | |
|---|---|---|
| 026050E18 | | |
| REVISION | PAGE | |
| 0 | 1(1) | |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, CARTONS AND CORRESPONDENCE RELATED TO THIS ORDER.

| DATE OF ORDER | BUYER |
|---|---|
| 19-APR-08 | J.Panaggio |
| DATE OF REVISION | BUYER |

**SHIP TO:**
6 Presidential Way
Woburn, MA 01801
United States

**BILL TO:**
P.O. BOX 1900
Guntersville, AL 35976
United States

| F.O.B. | | SHIP VIA |
|---|---|---|
| ORIGIN | | PO UPS (AIR & GROUND) (PARCEL) (STANDARD) |

REQUESTED DELIVER TO

| FREIGHT TERMS |
|---|
| COLLECT |

| SERVICE LEVEL |
|---|
| STD+ |

| LINE | PART NUMBER/DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| | All prices and amounts on this order are expressed in: US dollar | | | | | | |
| | LF-11-2643-01 | 21-APR-08 | 5000 | EACH | 1.91 | 9,550.00 | N |
| | Mfr#: VISHAY/VITRAMON | | | | | | |
| | Your #: VJ2225Y106KXCATAX | | | | | | |
| | CAP,CER,1.0uF,200V,10%,SM,2225,X7R,2.16/mm max | | | | | | |
| | RoHS Requirement: N/A | | | | | | |
| | MPN RoHS Compliancy: | | | | | | |

| | | |
|---|---|---|
| | **TOTAL** | 9,550.00 |
| | | Currency: US dollar |

**PURCHASE ORDER AND SAMMINA PART # MUST APPEAR ON ALL PACKAGES**

Your acceptance of this purchase order, via performance, the sending of an acknowledgment or otherwise, is conditioned on your acceptance of the terms and conditions set forth on both sides of this order, together with all attachments and exhibits attached hereto and all specifications, drawings, notes, instructions, and other written materials and information referred to therein (the "Terms"). If you do not receive or cannot read these Terms, or have any questions regarding these Terms, please call Buyer's legal department at (408) 964-3500 or view them on Sammina-SCI's website at www.sammina-sci.com/xo/Supplier-Terms.pdf.

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE                    VENDOR

From: JANNEY & JANNEY 213 483 7767 Filed 05/19/2008 14:55 #541 P. 019/026

May-19-08 02:54PM Case 5:08-cv-02534-RS From-DYKEMA GOSSETT LLP Document 1 626-448-5705 05/19/2008 T-004 Page 13 of 20 P.016/026 F-554

## TERMS AND CONDITIONS

**1. GENERAL.** These terms and conditions set forth below, together with the written information contained on the face of this purchase order (Order) and all attachments or exhibits hereto and all specifications, drawings, instructions, and other written materials and information referred to herein (the Products), constitute the entire agreement between the parties to the exclusion of any prior agreement or understanding.

**2. PRICE, INVOICES, PAYMENT TERMS, AND DISCOUNTS.** Prices for Products shall be in the currency set forth in the front of this Order.

**3. DELIVERY, INCOTERMS; RISK OF LOSS; PACKING AND SHIPMENT; OVERSHIPMENTS.**

**4. WARRANTY.**

**5. INSPECTION AND ACCEPTANCE.**

**6. CHANGES.**

**TERMS AND CONDITIONS**

7. INDEMNIFICATION. ...

8. TERMINATION AND CANCELLATION. ...

9. U.S. GOVERNMENT CONTRACT PROVISIONS. ...

10. COMPLIANCE WITH BUYER'S CODE OF CONDUCT. ...

11. LIMITATION OF LIABILITY. ...

12. CONFIDENTIALITY. ...

13. BUYER FURNISHED PROPERTY. ...

14. BUYER'S PROTECTION FOR WORK PERFORMED AT ITS SITE. ...

15. PATENT LICENSE. ...

16. MISCELLANEOUS. ...

**EXHIBIT C**

From: JANNEY & JANNEY       213 483 7767       Filed 05/19/2008 14:57 16 of 22 P. 022/026
May-19-08   02:35pm   From-DYKEMA GOSSETT LLP                                626-449-5705          T-004   P.019/026   F-554

Case 3:08-cv-02534-RS      Document 767

Message

Joe Panaggio

From:     Chris Comsudi [ccomsudi@velocityelec.com]
Sent:     Wednesday, May 17, 2006 10:06 AM
To:       Joe Panaggio
Subject:  Velocity Electronics quote VISHAY / VITRAMON p/n: VJ2225Y105KXCAT4X

Hi Joe,

I was offsite yesterday and Bahadra indicated the need for 11,000 of the above/below part number . We can get
4k now at the previous pricing. We are working on confirmation of the balance for you, but I recommend if you
need these...we move to secure stock today. Please advise. Thanks, Joe!

Internal Part Number: LF-11-2843-01
Mfr Part Number: VJ2225Y105KXCAT4X
Manufacturer: VISHAY / VITRAMON
Date Code: 06+
Unit Price: $1.85
Qty: 4,000
MOQ: 4,000
Dock Date: 2-3 days ARO

Freight Terms: Collect
FOB: Austin, Texas USA
Insured By Cargo Carrier: No

I will call later to confirm this quote.  Thanks for the opportunity!

All sales are governed by Velocity Electronics' Standard Terms & Conditions - a copy of those terms and
conditions can be found at www.velocityelec.com/terms.htm.

If any product does not meet manufacturers' specifications with respect to form, fit, function or solderability, the
product may be returned to Velocity as described (and subject to the limitations contained) in Velocity's Standard
Terms and Conditions of sale.  Otherwise, this order is non-cancelable, non-returnable.

Christopher Comsudi
Velocity Electronics
Account Manager
2208 Energy·Drive
Suite 100
Austin, TX 78758

ccomsudi@velocityelec.com
www.velocityelec.com

Office:  512-973-9500 ext. 262
Fax:     512-973-9554
Cell:    512-653-8925

ISO 9001:2000
ANSI/ESD S20.20 - 1999

*This email may contain information that is PRIVILEDGED and CONFIDENTIAL. If you have received this
communication in error, please delete all copies of the message and the attachment(s), if any, and promptly notify us at
postmaster@velocityelec.com. Any unauthorized review, dissemination, or copying of this email and its attachments, if
any, or the information contained herein is prohibited.*

5/17/2006

From: JANNEY & JANNEY          213 483 7767     Filed 05/19/2008 14:57    #541 P. 023/026
May-19-08   02:35pm   From-DYKEMA GOSSETT LLP                          T-004  P.020/026   F-554

Case 5:08-cv-02534-RS    Document 1    Filed 05/19/2008    Page 17 of 20

# EXHIBIT D

From: JANNEY & JANNEY    213 483 7767    Filed 05/19/2008 14:57    #541 P.024/026
May-19-08    02:35pm    From-DYKEMA GOSSETT LLP    625-449-5705    T-004    P.021/026    F-354

Case 5:08-cv-02534-RS    Document 1    Filed 05/19/2008    Page 18 of 20

**SANMINA-SCI**

Weburn, MA 01801
(781) 638-1200 Tel.
(781) 638-1474 Fax

**VENDOR:**
VELOCITY ELECTRONICS INCORPORATED
9530 UNITED DRIVE
AUSTIN,TX 78758
United States

# PURCHASE ORDER

| | |
|---|---|
| PURCHASE ORDER NO. | 6261729E1B |
| REVISION | 0 |
| PAGE | 1(1) |
| DATE OF ORDER | 16-MAY-06 |
| DATE OF REVISION | |

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS AND CORRESPONDENCE RELATED TO THIS ORDER.

BUYER: J.Panaggio
BUYER

**SHIP TO:**
8 Presidential Way
Woburn,MA 01801
United States

**BILL TO:**
P.O. BOX 1000
Guntersville,AL 35976
United States

| CUST ACCT. NO. | VENDOR NO. | PAYMENT TERMS | FREIGHT TERMS | F.O.B. | ORIGIN | SHIP VIA | SERVICE LEVEL |
|---|---|---|---|---|---|---|---|
| | 10372 | NET 60 | COLLECT | ORIGIN | REQUESTED DELIVERY TO | PO UPS (AIR & GROUND)-[PARCEL]-[STANDARD] | STD+ |

CONFIRM TO/TELEPHONE

| LINE | PART NUMBER/DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|
| | All prices and amounts on this order are expressed in: US dollar | | | | | | |
| 1 | LF-1.1-2843-01 | 23-MAY-06 | 4000 | EACH | 1.85 | 7,400.00 | N |
| | Mfr#: VISHAY/VITRAMON | | | | | | |
| | Your #: VJ2225Y105KXGAT4X | | | | | | |
| | CAP, CE,1.0uF,200V,10%,SM.2225,X7R,2.18mm mur | | | | | | |
| | RoHS Requirement: N/A | | | | | | |
| | MPN RoHS Compliancy: | | | | | | |

| | |
|---|---|
| **TOTAL.** | 7,400.00 |
| | Currency: US dollar |

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

VENDOR

**PURCHASE ORDER AND SANMINA PART # MUST APPEAR ON ALL PACKAGES**
Your acceptance of this purchase order, via performance, the sending of an acknowledgement or otherwise, is conditioned on your acceptance of the terms and conditions set forth on both sides of this order, together with all attachments and exhibits attached hereto and all specifications, drawings, notes, instructions, and other written materials and information referred to therein (the "Terms"). If you do not receive or cannot read these Terms, or have any questions regarding these Terms, please call Buyer's legal department at (408) 964-3500 or view them on Sanmina-SCI's website at www.sanmina-sci.com/sci/Supplier-Terms.pdf.

**1. GENERAL.** The terms and conditions set forth below, together with the written information contained on the face of this purchase order ("Order") and all other documents attached hereto and all specifications, drawings, data, and other documents and specifications referred to therein (the "Terms") shall apply to the sale, and all of the goods and/or services described in this Order (collectively "Products") and are incorporated herein and are made a part of this Order...

**2. PRICE, INVOICES, PAYMENT TERMS, AND DISCOUNTS.** Prices for Products shall be in the currency as set forth on the front of this Order, or the currency is specified thereon...

**3. DELIVERY, INCOTERMS, RISK OF LOSS, PACKING AND SHIPMENT OVERSHIPMENTS.** The delivery date shall be that which is specified in the Order...

**4. WARRANTY.** In addition to any express or implied warranties, Seller warrants that Products will be (i) new and unused...

**5. INSPECTION AND ACCEPTANCE.** Payment for the Product does not constitute acceptance of the Product and Buyer reserves the right to inspect...

**6. CHANGES.** Buyer shall have the right at any time to suspend performance hereunder, increase or decrease the ordered quantities, change the delivery date or the method of shipment...

**TERMS AND CONDITIONS**

**INDEMNIFICATION.** Seller shall indemnify, defend and hold Buyer, its officers, directors, employees, agents, successors, and affiliates (the "Buyer-Indemnified Parties") harmless from and against any and all claims, costs, causes of action, proceedings, suits, assessments, fines, damages, liabilities, settlements, judgments, fees, losses, interest, costs and expenses (including fees and disbursements of counsel and, in the case of breach of this Order by Seller) incurred by the Buyer-Indemnified Parties arising out of or relating to (i) the Products furnished by Seller to Buyer or by Buyer to a third party...

**1. TERMINATION AND CANCELLATION.**
a) Buyer may terminate all or part of this Order or any portion thereof for cause and without any liability to Buyer...

**9. U.S. GOVERNMENT CONTRACT PROVISIONS.** Regardless of whether a U.S. Government Contract ("Contract") is numerically shown on the face hereof, Seller shall comply with Section 12 of the Federal Acquisition Regulations (FAR)...

**10. COMPLIANCE WITH BUYER'S CODE OF CONDUCT.** Seller will comply with Buyer's Business Code of Conduct.

**11. LIMITATION OF LIABILITY.** IN NO EVENT SHALL BUYER BE LIABLE TO SELLER OR A THIRD PARTY FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, WHETHER BASED UPON CONTRACT, TORT, OR ANY OTHER LEGAL THEORY...

**12. CONFIDENTIALITY.** Seller agrees to keep information provided by Buyer confidential in accordance with...

**13. BUYER FURNISHED PROPERTY.** All products, tools, equipment and other materials furnished by Buyer for use in the performance of this Order ("Equipment") shall remain the property of the Buyer...

**14. BUYER PROTECTION FOR WORK PERFORMED AT ITS SITE.** Seller shall take all steps as may be reasonably necessary to avoid damaging any work being done at the site...

**15. PATENT LICENSE.** Seller, at its own expense, for the Order and without further cost to Buyer, hereby grants to Buyer (and, to the extent necessary to the greatest extent permitted by Buyer)...

**16. MISCELLANEOUS**
(a) Entire Agreement. These Terms set forth the entire agreement between parties with respect to the subject matter of this Order...
(b) Applicable Law. The Parties acknowledge and agree that the state courts of Santa Clara County, California and the federal courts located in the Northern District of the State of California shall have exclusive jurisdiction and venue...
(c) Independent Contractor. The relationship of Buyer and Seller established by this purchase order is that of independent contractors...
(d) Assignments. No assignment...
(e) Waiver. No waiver of any breach of this Order or the terms and conditions thereof by Buyer shall be held to be a waiver of any other...

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
SANMINA-SCI, USA, INC.

**DEFENDANTS**
VELOCITY ELECTRONICS

**(b)** County Of Residence Of First Listed Plaintiff    SAN JOSE, CALIFORNIA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence Of First Listed Defendant    AUSTIN, TEXAS
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address And Telephone Number)
Patricia M. Coleman (102648)
Dykema Gossett PLLC
333 S. Grand Ave., Ste. 2100
Los Angeles, CA 90071    (213) 457-1800

Attorneys (If Known)

C08    02534    RS

**II. BASIS OF JURISDICTION** (Place An "X" In One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place As "X" In One Box For Plaintiff and One Box For Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place An "X" In One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☒ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury— Med. Malpractice
☐ 365 Personal Injury— Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 750 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities— Employment
☐ 446 Amer. w/Disabilities— Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**V. ORIGIN** (Place An "X" In One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite The US Civil Statute under which you are filing (Do Not Cite Jurisdictional Statutes Unless Diversity):
28 USC 1332(a)
Brief description of cause:
Breach of Contract

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Over $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ YES    ☐ NO

**VIII. RELATED CASE(S) IF ANY**
(See instructions)
JUDGE _____    DOCKET NUMBER _____

DATE
May 19, 2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # ___    AMOUNT ___    APPLYING IFP ___    JUDGE ___    MAG. JUDGE ___

From: JANNEY & JANNEY    213 483 7767    05/19/2008 14:52    #541 P. 003/026
May-19-08  02:37PM  From-DYKEMA GOSSETT LLP    626-449-5705    T-004  P.023/026  F-334

Case 5:08-cv-02534-RS    Document 1-2    Filed 05/19/2008    Page 2 of 2

PURSUANT TO LOCAL RULE 83.11

1.    Is this a case that has been previously dismissed?    ☐ Yes

                                                            ☒ No

     If yes, give the following information:

     Court: _____

     Case No.: _____

     Judge: _____


2.    Other than stated above, are there any pending or previously    ☐ Yes
     discontinued or dismissed companion cases in this or any other
     court, including state court?  (Companion cases are matters in which    ☒ No
     it appears substantially similar evidence will be offered or the same
     or related parties are present and the cases arise out of the same
     transaction or occurrence.)

     If yes, give the following information:

     Court: _____

     Case No.: _____

     Judge: _____

Notes: _____