From: JANNEY & JANNEY    213 483 7767    05/19/2008 14:52    #541 P.006/026
May-19-08  02:37pm  From-DYKEMA GOSSETT LLP   626-449-5705    T-004  P.026/026  F-554

Case 5:08-cv-02534-RS   Document 2   Filed 05/19/2008   Page 1 of 1

DYKEMA GOSSETT LLP
PATRICIA M. COLEMAN, SBN 102646
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:   (213) 457-1800
Facsimile:    (213) 457-1850
pcoleman@dykema.com

Attorneys for Plaintiff
SANMINA-SCI, USA, INC.

**Filed**

MAY 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANMINA-SCI, USA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VELOCITY ELECTRONICS, L.P., <br><br> Defendant. | Case No. C08 02534 RS <br><br> NOTICE OF INTERESTED PARTIES |

Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 19, 2008

DYKEMA GOSSETT LLP

By: _Patricia Coleman_
Patricia M. Coleman
Attorneys for Plaintiff
SANMINA-SCI, USA, INC.

PAS01\74070.1
(D\MA)

NOTICE OF INTERESTED PARTIES