ADR

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-FILING

| | |
|---|---|
| SANMINA-SCI, USA, INC. | ) |
| Plaintiff | ) |
| v. | ) |
| VELOCITY ELECTRONICS | ) |
| Defendant | ) |

Civil Action No.

**C08 02534**

RS

Summons in a Civil Action

To:  VELOCITY ELECTRONICS, L.P.

(Defendant's name)

A lawsuit has been filed against you.

    Within ____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Patricia M. Coleman, Esq.
    Dykema Gossett LLP
    333 So. Grand Avenue, #2100
    Los Angeles, CA 90071

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

Name of clerk of court

Date:  MAY 1 9 2008

Tiffany Salinas-Harwell

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

From: JANNEY & JANNEY    213 483 7767    Filed 05/19/2008    Page 2 of 2    #541 P. 005/026
May-19-08    02:32pm    From-DYKEMA GOSSETT LLP    626-449-5705    T-004    P.003    F-554

Case 5:08-cv-02534-RS    Document 4    Filed 05/19/2008    Page 2 of 2

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

   (1) personally delivering a copy of each to the individual at this place, _____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00          .


Date: _____

                                        _____
                                              Server's signature

                                        _____
                                              Printed name and title

                                        _____
                                              Server's address