**DYKEMA GOSSETT LLP**
PETER M. KELLETT
400 Renaissance Center
Detroit, MI 48243
Telephone:   (313) 568-6668
Facsimile:    (313) 568-6658
pkellett@dykema.com

Attorneys for Plaintiff

FILED

2008 MAY 28  A 11: 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANMINA-SCI, USA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VELOCITY ELECTRONICS, L.P.,<br><br>Defendant. | Case No. C08 02534<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, PETER M. KELLETT, an active member in good standing of the bar of the state of Michigan, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Sanmina-SCI, USA, Inc.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Patricia M. Coleman
Dykema Gossett PLLC
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2008

DYKEMA GOSSETT LLP

By: /s/ Peter M. Kellett
Peter M. Kellett
Attorneys for Plaintiff