UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED
2008 MAY 28 AM 11: 12
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

SANMINA-SCI, USA, INC.,

    Plaintiff,

vs.

VELOCITY ELECTRONICS, L.P.,

    Defendant.

Case No. C08 02534

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

PETER M. KELLETT, an active member in good standing of the bar of Michigan whose business address and telephone number is:

Dykema Gossett PLLC
400 Renaissance Center
Detroit, Michigan 48243
Telephone: (313) 568-6668

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Sanmina-SCI, USA, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                              Honorable Richard Seeborg

DET01\605215.1
ID\PMK