RECEIVED

2008 JUN -3 AM 11: 32

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## Northern District of California

SANMINA-SCI, USA, INC.

Plaintiff(s),

v.

VELOCITY ELECTRONICS, LLP

Defendant(s).

CASE NO. 08-02534

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

ANDREW J. KOLOZSVARY, an active member in good standing of the bar of U.S. District Court, Eastern District of Michigan, whose business address and telephone number (particular court to which applicant is admitted) is

Dykema Gossett PLLC, 400 Renaissance Center, Detroit, MI 48243-1668
(313) 568-5406; (313) 568-6658 (fax); akolozsvary@dykema.com (email)

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sanmina-SCI, USA, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

RICHARD SEEBORG
United States Magistrate Judge