1  **DYKEMA GOSSETT LLP**
   PATRICIA M. COLEMAN, SBN: 102646
2  333 South Grand Avenue
   Suite 2100
3  Los Angeles, California 90071
   Telephone:   (213) 457-1800
4  Facsimile:    (213) 457-1850
   Attorneys for Plaintiff
5  SANMINA-SCI, USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANMINA-SCI, USA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VELOCITY ELECTRONICS, L.P., <br><br> Defendant. | Case No. 5:08-CV-02534-RS <br><br> **AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON VELOCITY ELECTRONICS LP** |

PAS01\79171.1
ID\MA1

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of CALIFORNIA

Case Number: C08-02534

Plaintiff:
**SANMINA-SCI, USA, INC**

vs.

Defendant:
**VELOCITY ELECTRONICS, LP**

For:
Patricia M Coleman
DYKEMA GOSSETT LLP
333 So. Grand Avenue #2100
Los Angeles, CA 90071

Received by Statewide Civil Process, Inc. on the 16th day of June, 2008 at 11:07 am to be served on **Velocity Electronics LP BY DELIVERING TO ITS REGISTERED AGENT TIM GRAY, 9330 United Drive, AUSTIN, TX 78758**.

I, Jason P. Canales, being duly sworn, depose and say that on the **25th day of June, 2008** at **4:05 pm, I:**

Delivered to the within named business entity a true copy of the **Summons with Complaint** with the date and hour of service endorsed thereon by me to **FRANK BRUNO** at **2208 ENERGY DRIVE., AUSTIN, TX 78758** as **PRESIDENT** of the within named business entity.

I am over the age of 18, and am not a party to nor interested in the outcome of the above styled and numbered cause. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. I am authorized by written order of the Supreme Court of the State of Texas to serve citations and other notices.

Subscribed and Sworn to before me on the 26th day of June, 2008 by the affiant who is personally known to me

NOTARY PUBLIC FOR THE STATE OF TEXAS

OLIVIA DAWN NECAISE
Notary Public, State of Texas
My Commission Expires
September 17, 2008

Jason P. Canales
SCH-3472

Statewide Civil Process, Inc.
#501
815-A Brazos St.
Austin, TX 78701
(512) 828-7498
Our Job Serial Number: 2008005665

Service Fee: $50.00

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2x