CHARLES O. THOMPSON, SB# 139841
   E-Mail: thompsonc@lbbslaw.com
JEMMA A. PARKER, SB# 227962
   E-Mail: parkerj@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant Velocity Electronics, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SANMINA-SCI, USA, INC., | ) CASE NO. C08 02534 RS |
|       Plaintiff, | ) **DEFENDANT VELOCITY** |
| | ) **ELECTRONICS, L.P.'S ANSWER TO** |
|       v. | ) **PLAINTIFF SANMINA-SCI, USA, INC.'S** |
| | ) **COMPLAINT** |
| VELOCITY ELECTRONICS, L.P., | ) |
| | ) |
|       Defendant. | ) |

COMES NOW Defendant VELOCITY ELECTRONICS, L.P. ("Defendant"), hereby answers Plaintiff SANMINA-SCI, USA, INC.'s Complaint ("Complaint") by admitting, denying and alleging as follows:

**ANSWER**

1.  In answer to paragraph 1 of the Complaint, Defendant admits the allegations contained therein.

2.  In answer to paragraph 2 of the Complaint, Defendant admits the allegations contained therein.

3.  In answer to paragraph 3 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations an on that basis denies each and every allegation contained therein. Defendant need not address the plaintiff's characterization of the legal nature of this action.

-1-

**DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S
COMPLAINT**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4.  In answer to paragraph 4 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

5.  In answer to paragraph 5 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

6.  In answer to paragraph 6 of the Complaint, Defendant admits the allegations contained therein.

7.  In answer to paragraph 7 of the Complaint, Defendant admits the allegations contained therein.

8.  In answer to paragraph 8 of the Complaint, Defendant denies the allegations contained therein.

9.  In answer to paragraph 9 of the Complaint, based on current information and belief, Defendant admits the allegations contained therein.

10.  In answer to paragraph 10 of the Complaint, Defendant admits plaintiff issued a purchase order on April 19, 2006 for 4X Capacitors.  Defendant is without sufficient knowledge or information to form a belief as to the remainder of the allegations contained in paragraph 10 and on that basis denies each and every allegation contained therein.

11.  In answer to paragraph 11 of the Complaint, based on current information and belief, Defendant admits the allegations contained therein.

12.  In answer to paragraph 12 of the Complaint, Defendant admits plaintiff issued a purchase order on May 18, 2006 for 4X Capacitors.  Defendant is without sufficient knowledge or information to form a belief as to the remainder of the allegations contained in paragraph 12 and on that basis denies each and every allegation contained therein.

13.  In answer to paragraph 13 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

///

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S COMPLAINT**

LEWIS BRISBOIS BISGAARD & SMITH LLP

ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

14.  In answer to paragraph 14 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

15.  In answer to paragraph 15 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

16.  In answer to paragraph 16 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

17.  In answer to paragraph 17 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

18.  In answer to paragraph 18 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

### ANSWER TO FIRST CAUSE OF ACTION
**(Breach of Contract)**

19.  In answer to paragraph 19 of the Complaint, Defendant incorporates and re-pleads its answer to paragraphs 1 through 18 as stated above.

20.  In answer to paragraph 20 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

21.  In answer to paragraph 21 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

22.  In answer to paragraph 22 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.  Defendant need not address the plaintiff's characterization of

**DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S COMPLAINT**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1 the legal nature of this action.  To the extent that any averment in paragraph 22 is deemed to

2 require an answer, Defendant denies each and every allegation contained therein.

3     23.  In answer to paragraph 23 of the Complaint, Defendant is without sufficient

4 knowledge or information to form a belief as to these allegations and on that basis denies each and

5 every allegation contained therein.

6     24.  In answer to paragraph 24 of the Complaint, Defendant is without sufficient

7 knowledge or information to form a belief as to these allegations and on that basis denies each and

8 every allegation contained therein.  Defendant need not address the plaintiff's characterization of

9 the legal nature of this action or Defendant's legal duties.  To the extent that any averment in

10 paragraph 24 is deemed to require an answer, Defendant denies each and every allegation

11 contained therein.  By way of further answer, Defendant need not address plaintiff's prayer for

12 relief.

**ANSWER TO SECOND CAUSE OF ACTION**
**(Breach of Express Warranties)**

15     25.  In answer to paragraph 25 of the Complaint, Defendant incorporates and re-pleads its

16 answer to paragraphs 1 through 24 as stated above.

17     26.  In answer to paragraph 26 of the Complaint, Defendant is without sufficient

18 knowledge or information to form a belief as to these allegations an on that basis denies each and

19 every allegation contained therein.

20     27.  In answer to paragraph 27 of the Complaint, Defendant is without sufficient

21 knowledge or information to form a belief as to these allegations and on that basis denies each and

22 every allegation contained therein.

23     28.  In answer to paragraph 28 of the Complaint, Defendant is without sufficient

24 knowledge or information to form a belief as to these allegations and on that basis denies each and

25 every allegation contained therein.  Defendant need not address the plaintiff's characterization of

26 the legal nature of this action or Defendant's legal duties.  To the extent that any averment in

27 paragraph 28 is deemed to require an answer, Defendant denies each and every allegation

28 contained therein.

4835-4425-0370.1

**DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S COMPLAINT**

29. In answer to paragraph 29 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denes each and every allegation contained therein.

30. In answer to paragraph 30 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein. Defendant need not address the plaintiff's characterization of the legal nature of this action or Defendant's legal duties. To the extent that any averment in paragraph 30 is deemed to require an answer, Defendant denies each and every allegation contained therein. By way of further answer, Defendant need not address plaintiff's prayer for relief.

### ANSWER TO THIRD CAUSE OF ACTION
#### (Breach of Implied Warranty of Merchantability)

31. In answer to paragraph 31 of the Complaint, Defendant incorporates and re-pleads its answer to paragraphs 1 through 30 as stated above.

32. In answer to paragraph 32 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein. Defendant need not address the plaintiff's characterization of the legal nature of this action or Defendant's legal duties. To the extent that any averment in paragraph 32 is deemed to require an answer, Defendant denies each and every allegation contained therein.

33. In answer to paragraph 33 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

34. In answer to paragraph 34 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein. Defendant need not address the plaintiff's characterization of the legal nature of this action or Defendant's legal duties. To the extent that any averment in

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1  paragraph 34 is deemed to require an answer, Defendant denies each and every allegation

2  contained therein.

3      35.  In answer to paragraph 35 of the Complaint, Defendant is without sufficient

4  knowledge or information to form a belief as to these allegations and on that basis denies each and

5  every allegation contained therein.

6      36.  In answer to paragraph 36 of the Complaint, Defendant is without sufficient

7  knowledge or information to form a belief as to these allegations and on that basis denies each and

8  every allegation contained therein.  Defendant need not address the plaintiff's characterization of

9  the legal nature of this action or Defendant's legal duties.  To the extent that any averment in

10 paragraph 36 is deemed to require an answer, Defendant denies each and every allegation

11 contained therein.  By way of further answer, Defendant need not address plaintiff's prayer for

12 relief.

### ANSWER TO FOURTH CAUSE OF ACTION
#### (Breach of Implied Warranty of Fitness)

13
14      37.  In answer to paragraph 37 of the Complaint, Defendant incorporates and re-pleads its

15 answer to paragraphs 1 through 36 as stated above.

16      38.  In answer to paragraph 38 of the Complaint, Defendant is without sufficient

17 knowledge or information to form a belief as to these allegations and on that basis denies each and

18 every allegation contained therein.  Defendant need not address the plaintiff's characterization of

19 the legal nature of this action or Defendant's legal duties.  To the extent that any averment in

20 paragraph 38 is deemed to require an answer, Defendant denies each and every allegation

21 contained therein.

22      39.  In answer to paragraph 39 of the Complaint, Defendant is without sufficient

23 knowledge or information to form a belief as to these allegations and on that basis denies each and

24 every allegation contained therein.

25      40.  In answer to paragraph 40 of the Complaint, Defendant is without sufficient

26 knowledge or information to form a belief as to these allegations and on that basis denies each and

27 every allegation contained therein.

28

DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S
COMPLAINT

41. In answer to paragraph 41 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein. Defendant need not address the plaintiff's characterization of the legal nature of this action or Defendant's legal duties. To the extent that any averment in paragraph 41 is deemed to require an answer, Defendant denies each and every allegation contained therein.

42. In answer to paragraph 42 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein.

43. In answer to paragraph 43 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein. Defendant need not address the plaintiff's characterization of the legal nature of this action or Defendant's legal duties. To the extent that any averment in paragraph 43 is deemed to require an answer, Defendant denies each and every allegation contained therein. By way of further answer, Defendant need not address plaintiff's prayer for relief.

## ANSWER TO FIFTH CAUSE OF ACTION
### (Contractual Indemnification)

44. In answer to paragraph 44 of the Complaint, Defendant incorporates and re-pleads its answer to paragraphs 1 through 43 as stated above.

45. In answer to paragraph 45 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and every allegation contained therein. Defendant need not address the plaintiff's characterization of the legal nature of this action or Defendant's legal duties. To the extent that any averment in paragraph 45 is deemed to require an answer, Defendant denies each and every allegation contained therein.

46. In answer to paragraph 46 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to these allegations and on that basis denies each and

**DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S COMPLAINT**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1   every allegation contained therein.  Defendant need not address the plaintiff's characterization of

2   the legal nature of this action or Defendant's legal duties.  To the extent that any averment in

3   paragraph 46 is deemed to require an answer, Defendant denies each and every allegation

4   contained therein.

5       47.  In answer to paragraph 47 of the Complaint, Defendant is without sufficient

6   knowledge or information to form a belief as to these allegations and on that basis denies each and

7   every allegation contained therein.  Defendant need not address the plaintiff's characterization of

8   the legal nature of this action or Defendant's legal duties.  To the extent that any averment in

9   paragraph 47 is deemed to require an answer, Defendant denies each and every allegation

10  contained therein.

11      48.  In answer to paragraph 48 of the Complaint, Defendant is without sufficient

12  knowledge or information to form a belief as to these allegations and on that basis denies each and

13  every allegation contained therein.  Defendant need not address the plaintiff's characterization of

14  the legal nature of this action or Defendant's legal duties.  To the extent that any averment in

15  paragraph 48 is deemed to require an answer, Defendant denies each and every allegation

16  contained therein.  By way of further answer, Defendant need not address plaintiff's prayer for

17  relief.

18      49.  In answer to paragraph 49 of the Complaint, Defendant is without sufficient

19  knowledge or information to form a belief as to these allegations and on that basis denies each and

20  every allegation contained therein.  Defendant need not address the plaintiff's characterization of

21  the legal nature of this action or Defendant's legal duties.  To the extent that any averment in

22  paragraph 49 is deemed to require an answer, Defendant denies each and every allegation

23  contained therein.

24      50.  In answer to paragraph 50 of the Complaint, Defendant is without sufficient

25  knowledge or information to form a belief as to these allegations and on that basis denies each and

26  every allegation contained therein.  Defendant need not address the plaintiff's characterization of

27  the legal nature of this action or Defendant's legal duties.  To the extent that any averment in

28  paragraph 50 is deemed to require an answer, Defendant denies each and every allegation

**DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S COMPLAINT**

1  contained therein. By way of further answer, Defendant need not address plaintiff's prayer for

2  relief.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

5  The Complaint and each and every claim contained therein fails to state facts sufficient to

6  state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

8  The Complaint and each cause of action therein is barred by the applicable statute of

9  limitations.

### THIRD AFFIRMATIVE DEFENSE

11  Plaintiff failed to exercise due diligence to mitigate its injury or damages; accordingly, the

12  amount of damages to which plaintiff is entitled, if any, should be reduced by the amount of

13  damages which would have otherwise been mitigated.

### FOURTH AFFIRMATIVE DEFENSE

15  Defendant alleges that at all times relevant to the subject action it fully performed all the

16  conditions of the contract alleged in the complaint, but that to the extent that defendant failed to

17  perform, which defendant denies, defendant's performance was prevented by plaintiff's failure to

18  provide adequate designs, plans, patterns, blueprints, representations, layouts, diagrams, sketches,

19  samples, exemplars, material specifications, configurations, standards, and other specifications,

20  which was the obligation of plaintiff, and in various other respects by plaintiff's conduct.

### FIFTH AFFIRMATIVE DEFENSE

22  Defendant alleges that at all times relevant to the subject action it fully performed all the

23  conditions of the contract alleged in the Complaint, but that to the extent that defendant failed to

24  perform, which defendant denies, plaintiff's Complaint and each cause of action alleged therein is

25  barred by plaintiff's failure to provide the consideration owing to defendant as required by the

26  terms of the contract sued upon.

27

28  ///

4835-4425-0370.1

**DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S COMPLAINT**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

### SIXTH AFFIRMATIVE DEFENSE

Defendant alleges that at all times relevant to the subject action it fully performed all the conditions of the contract alleged in the complaint, but that to the extent that defendant failed to perform, which defendant denies, defendant's failure to perform is excused by plaintiff's material breach of contract conditions owing to defendant.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's complaint and each cause of action alleged therein is barred by the provisions of Section 1624 of the California Civil Code.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiff has waived any and all claims that he may have had or have against Defendant arising from the transactions and occurrences contained in the Complaint and Plaintiff is estopped by its own conduct from asserting any and all claims it may have or had against Defendant arising from the transactions and occurrences contained in the Complaint

### NINTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiff's Complaint is barred, in its entirety, by the Doctrine of Laches.

### TENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiff's Complaint is barred, in its entirety, by the Doctrine of Unclean Hands.

### ELEVENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereupon alleges that at all times relevant to the subject action plaintiff was in all respects a sophisticated purchaser and/or user of the product or components purchased by plaintiff, and that said products or components were manufactured, designed, assembled, produced, inspected, tested, sold, supplied, leased, rented, delivered, or otherwise distributed in accordance with designs, plans, patterns, blueprints, representations, layouts, diagrams, sketches, samples, exemplars, material specifications, configurations, standards, and other specifications provided by plaintiff.  Defendant further alleges, based on information and

1  belief, that within the designs, specifications and restrictions imposed by plaintiff, it was

2  impossible to manufacture the products or components called for in the contract alleged in the

3  complaint that would stand up to the stresses, strains, tensions, burdens, forces, pressures, weights,

4  thrusts, and loads which plaintiff knew or should have known that said product would be required

5  to endure.

6  ### TWELFTH AFFIRMATIVE DEFENSE

7  The Complaint and each and every purported cause of action therein is barred by the

8  doctrines of equitable and promissory estoppel.

9  ### THIRTEENTH AFFIRMATIVE DEFENSE

10  The Complaint and each and every purported cause of action is barred because the terms

11  and conditions of the contract alleged therein are so uncertain, indefinite, conflicting and

12  ambiguous that the intent of the parties thereto cannot be ascertained. (*Ladas v. California State*

13  *Auto. Assn.*, (1993) 19 Cal.App.4th 761, 770.)

14  ### FOURTEENTH AFFIRMATIVE DEFENSE

15  The Complaint and each and every purported cause of action is barred because the terms

16  and conditions of the contract alleged therein were modified by oral agreement, and/or by course

17  of dealing between parties or usage of trade which plaintiff is estopped from denying by reason of

18  defendant's detrimental reliance thereon.

19  ### FIFTEENTH AFFIRMATIVE DEFENSE

20  The Complaint and each and every purported cause of action is barred because the contract

21  alleged therein is void or voidable at the election of defendant.

22  ### SIXTEENTH AFFIRMATIVE DEFENSE

23  The Complaint and each and every purported cause of action is barred because the contract

24  alleged therein lacks essential elements necessary to its enforcement, including but not limited to

25  (1) valid consent, (2) a lawful object, (3) sufficient cause or consideration, and (4) parties capable

26  of contracting.

27

28  ///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S COMPLAINT**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

### SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to join all persons necessary for full and just adjudication of the purported causes of action asserted in the Complaint.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff, at all relevant times, gave its consent, express or implied, to the alleged acts, omissions, and/or conduct of Defendant.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each and every claim set forth therein, fails to set forth facts to constitute a basis for recovery of attorneys' fees and costs.  As to each cause of action alleged in Plaintiff's Complaint, Defendant alleges that Plaintiff is not entitled to recover attorneys' fees pursuant to the California Unfair Business Practices Act, California Business & Professions Code §§17200 *et seq.*

### TWENTIETH AFFIRMATIVE DEFENSE

As to each cause of action alleged in Plaintiff's Complaint, Defendant alleges that prior to the commencement of this action, Defendant duly performed, satisfied and discharged all duties and obligations that it may have owed to the Plaintiff arising out of any and all agreement, representations or contracts made by them or on behalf of Defendant and this action is therefore barred by the provisions of California Civil Code §1473.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Defendant alleges that the injuries and damages alleged by plaintiff, if any, were proximately caused by the conduct of other persons, businesses or parties and that if any liability is found on the part of Defendant, any judgment against Defendant for non-economic damages should be only in the amount which is proportionate to the extent and percentage by which Defendant's acts or omissions contributed to plaintiffs' injuries or damages pursuant to California Civil Code § 1431.2, *et seq.*

///

///

4835-4425-0370.1

DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1

### TWENTY-SECOND AFFIRMATIVE DEFENSE

2      Defendant alleges that plaintiff expressly and/or impliedly waived all breaches of

3 contract or warranty by Defendant, if any, and that plaintiff is thereby barred from recovery herein

4 from any such alleged breach.

5

### TWENTY-THIRD AFFIRMATIVE DEFENSE

6      This answering Defendant alleges that plaintiff failed to give Defendant reasonable or

7 timely notice of a breach of express or implied warranties, if any, and plaintiff is thereby barred

8 from any recovery herein as a result of any such breach.

9

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

10      Defendant alleges that all or at least that a portion of the express indemnity agreement

11 alleged in the Complaint being answered hereby, is void as being against public policy pursuant to

12 California Civil Code § 2782 and is thereby unenforceable against this answering defendant.

13

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

14      Defendant alleges that it is excluded from any contractual obligations or duties and that

15 the performance of such obligations or duties was rendered impossible or impracticable due to

16 matters beyond defendant's control and because the fundamental purpose of the contract was

17 frustrated by an unanticipated supervening circumstance and the value of performance was

18 destroyed.

19

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

20      Defendant is informed and believes and thereon alleges that said alleged indemnity

21 agreement is fatally defective in that it is contradictory, vague, and ambiguous.

22

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

23      Defendant alleges there is no evidence of a contract between plaintiff and defendant

24 which would gives rise to express contractual indemnity.

25

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

26      Plaintiff intentionally and materially modified, altered, and changed the terms of the

27 contract, without consent or knowledge of defendant.  By reason of such modification, alteration,

28 and change, all of defendant's obligations under the original contract have been extinguished.

1

## TWENTY-NINTH AFFIRMATIVE DEFENSE

The contract alleged in the complaint is unenforceable because it was, in full or in part, unconscionable at the time it was made, as under California Civil Code §1670.5.

## THIRTIETH AFFIRMATIVE DEFENSE

The contract alleged in the complaint was rescinded by mutual consent of plaintiff and defendant.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

If defendant breached any contract, which it denies, plaintiff had full knowledge of this breach, and plaintiff waived its right to performance in that plaintiff elected to treat the contract as still alive, viable and binding, and plaintiff accepted further performance of the contract from defendant.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff is not entitled to remedies as a result of any breach of contract alleged in the complaint because any breach was not material to said contract.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

If defendant shipped non-conforming goods, which it denies, it was not a breach to any contract because the shipment was offered only as an accommodation.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

The contract alleged in plaintiff's complaint is voidable because one or both parties was mistaken about the facts relating to the agreement pertaining to a basic assumption on which the contract was made, this mistake had a material effect on the agreement, and defendant did not assume the risk of the mistake.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

If defendant breached any contract, which it denies, plaintiff failed to notify defendant of any breach within a reasonable time after plaintiff discovered or should have discovered any breach, precluding defendant any opportunity to cure.

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4835-4425-0370.1

**DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S COMPLAINT**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

2    At all times mentioned in plaintiff's complaint herein, there existed and still exists, in the

3   relevant types of business, a well-established and well-understood custom and usage in the

4   applicable jurisdiction which rendered the contract either void or unenforceable, or precludes

5   plaintiff from any remedy sought.  Plaintiff had notice of that custom and usage, and the contract

6   referred to in plaintiff's complaint was made by the parties with reference to, and with knowledge

7   of, that custom and usage.

8

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

9    At the time of sale, defendant expressly negated or limited any express warranty on the

10   goods sold to plaintiff.

11

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

12    Before effectively entering into the contract for the sale of goods herein, defendant fully

13   made available the goods for plaintiff's examination and invited plaintiff to make an examination

14   of the goods.  Plaintiff did so or refused to do so, and the defects alleged by plaintiff to have been

15   present in the goods ought to have been revealed to plaintiff through examination of the goods.

16

### THIRTY-NINTH AFFIRMATIVE DEFENSE

17    Plaintiff did not notify defendant of any obligation, which defendant denies exists, to

18   defend against any actions for indemnification within a reasonable time.

19

### FORTIETH AFFIRMATIVE DEFENSE

20    Defendant does not have an obligation to indemnify plaintiff for any payments or

21   damages made because plaintiff made all payments voluntarily or without compulsion of an

22   existing legal liability.

23

### FORTY-FIRST AFFIRMATIVE DEFENSE

24    Defendant presently has insufficient knowledge or information on which to form a belief

25   as to whether it may have additional as yet unstated defenses available.  Defendant reserves herein

26   the right to assert additional defenses in the event discovery indicates that they would be

27   appropriate.

28

**PRAYER**

WHEREFORE, Defendant prays as follows:

1.    Plaintiff take nothing by the Complaint;

2.    Judgment be rendered in favor of Defendant;

3.    Defendant be awarded fees and costs of suit; and

4.    Defendant be awarded whatever further relief the Court deems just and proper.

**DEMAND FOR TRIAL BY JURY**

Defendant demands trial by jury as to each and every cause of action alleged in plaintiff's Complaint.

DATED: July 15, 2008              LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
CHARLES O. THOMPSON
JEMMA A. PARKER
Attorneys for Defendant
Velocity Electronics, L.P.

-16-

DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF SANMINA-SCI, USA, INC.'S COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP

ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**FEDERAL COURT PROOF OF SERVICE**
Sanmina-SCI, USA, Inc. v. Velocity Electronics, L.P.
United States District Court Case No. C08 02534 RS
Northern Division, San Jose

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action.  My business address is One Sansome Street, Suite 1400, San Francisco, California  94104.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 15, 2008, I served the following document(s):

**DEFENDANT VELOCITY ELECTRONICS, L.P.'S ANSWER TO PLAINTIFF
SANMINA-SCI, USA, INC.'S COMPLAINT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Andrew J. Kolozsvary
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI  48243-1668
Telephone:  (313) 568-5406
Facsimile:  (313) 568-6658
Email:  akolozsvary@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*

Peter M. Kellett
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI  48243-1668
Telephone:  (313) 568-6668
Facsimile:  (313) 568-6658
Email:  pkellett@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*

Patricia Mooney Coleman
Dykema Gossett PLLC
333 South Grand Avenue, #2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800, x1790
Facsimile:  (213) 457-1850
Email:  pcoleman@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*

The documents were served by the following means:

[X]    **(BY COURT'S CM/ECF SYSTEM)**  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4825-4594-3042.1

Executed on July 15, 2008, at San Francisco, California.

_NICOLE S. BLOCK_

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4825-4594-3042.1