CHARLES O. THOMPSON, SB# 139841
E-Mail: thompsonc@lbbslaw.com
JEMMA A. PARKER, SB# 227962
E-Mail: parkerj@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant Velocity Electronics, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SANMINA-SCI, USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VELOCITY ELECTRONICS, L.P.,<br><br>Defendant. | CASE NO. C08 02534 RS<br><br>**CERTIFICATE OF INTERESTED ENTITIES [Local Rule 3-16]** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. The Hartford, 690 Asylum Avenue, Hartford, Connecticut, 06115. Liability insurer of defendant Velocity Electronics, L.P.

DATED: July 15, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

                              By _____
                                  Charles O. Thompson
                                  Jemma A. Parker
                                  Attorneys for Defendant
                                  Velocity Electronics, L.P.

4835-3619-2002.1

-1-

**CERTIFICATE OF INTERESTED ENTITIES [LOCAL RULE 3-16]**

**FEDERAL COURT PROOF OF SERVICE**
Sanmina-SCI, USA, Inc. v. Velocity Electronics, L.P.
United States District Court Case No. C08 02534 RS
Northern Division, San Jose

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 15, 2008, I served the following document(s):

**CERTIFICATE OF INTERESTED ENTITIES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Andrew J. Kolozsvary
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243-1668
Telephone: (313) 568-5406
Facsimile: (313) 568-6658
Email: akolozsvary@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*


Peter M. Kellett
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243-1668
Telephone: (313) 568-6668
Facsimile: (313) 568-6658
Email: pkellett@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*

Patricia Mooney Coleman
Dykema Gossett PLLC
333 South Grand Avenue, #2100
Los Angeles, CA 90071
Telephone: (213) 457-1800, x1790
Facsimile: (213) 457-1850
Email: pcoleman@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*

The documents were served by the following means:

[X]   **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4825-4594-3042.1

1  Executed on July 15, 2008, at San Francisco, California.

_____
NICOLE S. BLOCK

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4825-4594-3042.1