CHARLES O. THOMPSON, SB# 139841
   E-Mail: thompsonc@lbbslaw.com
JEMMA A. PARKER, SB# 227962
   E-Mail: parkerj@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant Velocity Electronics, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SANMINA-SCI, USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> VELOCITY ELECTRONICS, L.P., <br><br> Defendant. | CASE NO. C08 02534 RS <br><br> **DECLARATION OF JEMMA A. PARKER IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** <br> **[LOCAL RULE 6-2(a)]** |

I, Jemma A. Parker, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all of the Courts of this state and before this Court, and am an associate at Lewis Brisbois Bisgaard & Smith, LLP, counsel of record for defendant Velocity Electronics, L.P. ("Velocity"). I make the following declaration based on personal knowledge, and if called as a witness, could and would competently testify to the facts stated herein.

2. This declaration is made in support of the concurrently filed Joint Stipulation and [Proposed] Order Re Continuance of Initial Case Management Conference pursuant to Local Rule 6-2(a).

3. Beginning in early July 2008 and continuing throughout the month, representatives for Sanmina-SCI, USA, Inc. ("Sanmina") and Velocity met in person to engage in settlement negotiations to resolve all claims relative to the above-captioned action.

4824-0033-2034.1                                    -1-
**DECLARATION OF JEMMA A. PARKER IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**

4. Contemporaneous with the settlement negotiations, the parties engaged in informal discovery including document production to facilitate the settlement discussions. However, certain damages documentation and information was unexpectedly unavailable, bringing the negotiations to a halt. Even when the parties' settlement discussions were halted, the parties believed there was a significant opportunity for resolution.

5. Recently, Velocity was advised that additional information and documentation pertaining to the negotiations would be made immediately available, providing for furtherance of the settlement discussions. There is a substantial likelihood the further settlement discussions will result in the resolution of the entirety of this case.

6. Substantial time and effort will be required to proceed with the imminent deadlines for conferences of counsel and required filings in accord with the September 15, 2008 Initial Case Management Conference date. The imposition of substantial attorney time and effort required to proceed with the Case Management Conference and the filings and conferring preceding the hearing will act as a hindrance to the parties' settlement of the case.

7. No previous time modifications have been made in this case, whether by stipulation or Court Order.

8. The requested continuances will not have any impact on the remainder of this matter's Case Schedule.

9. The joint stipulation referenced at paragraph 2 of this Declaration has been executed by counsel for all parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of August, in San Francisco, California.

JEMMA A. PARKER

///

///

1  I have read the foregoing and agree with its contents and the facts and representations
2  contained therein. Executed this 18th day of August, in Detroit, Michigan.

                                    PETER M. KELLETT
                                    ANDREW J. KOLOZSVARY

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

# FEDERAL COURT PROOF OF SERVICE
Sanmina-SCI, USA, Inc. v. Velocity Electronics, L.P.
United States District Court Case No. C08 02534 RS
Northern Division, San Jose

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 18, 2008, I served the following document(s):

**DECLARATION OF JEMMA A. PARKER IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE [LOCAL RULE 6-1(b)]**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Andrew J. Kolozsvary
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243-1668
Telephone: (313) 568-5406
Facsimile: (313) 568-6658
Email: akolozsvary@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*

Peter M. Kellett
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243-1668
Telephone: (313) 568-6668
Facsimile: (313) 568-6658
Email: pkellett@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*

Patricia Mooney Coleman
Dykema Gossett PLLC
333 South Grand Avenue, #2100
Los Angeles, CA 90071
Telephone: (213) 457-1800, x1790
Facsimile: (213) 457-1850
Email: pcoleman@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*

The documents were served by the following means:

[X]   **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4825-4594-3042.1

Executed on August 18, 2008, at San Francisco, California.

_____
NICOLE S. BLOCK

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4825-4594-3042.1