CHARLES O. THOMPSON, SB# 139841
   E-Mail: thompsonc@lbbslaw.com
JEMMA A. PARKER, SB# 227962
   E-Mail: parkerj@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

*E-FILED 8/19/08*

Attorneys for Defendant Velocity Electronics, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SANMINA-SCI, USA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VELOCITY ELECTRONICS, L.P.,<br><br>    Defendant. | CASE NO. C08 02534 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE [LOCAL RULE 6-1(b)]** |

Defendant VELOCITY ELECTRONICS, L.P. and plaintiff SANMINA-SCI, USA, INC. (hereinafter "the parties"), through their respective counsel of record, hereby stipulate to the continuance of the Initial Case Management Conference from September 15, 2008 to October 29, 2008 at 2:30 p.m. or to a date convenient to the Court subsequent to October 29, 2008.

The parties further stipulate that any and all deadlines related to and calculated from the Initial Case Management Conference be continued commensurate with the new Case Management Conference date, including but not limited to the Rule 26(f) Conference deadline, Rule 26 filings and deadline for filing the ADR Certification notice.

No previous time modifications have been made in this case, whether by stipulation or Court Order.

Good cause exists for this continuance. The parties are presently engaged in extensive settlement negotiations and have consented to and participated in informal discovery and

1  document exchange. The parties believe there is a significant opportunity for resolution of the
2  totality of the case prior to October 29, 2008. Due to unforseen delays in obtaining certain
3  damages information and other information, the parties' settlement discussions were previously
4  halted. Additional information will now be made available, and the parties seek to continue their
5  productive negotiations. The imposition of substantial attorney time and effort required to proceed
6  with the Case Management Conference and the filings and conferring preceding the hearing will
7  act as a hindrance to the parties' settlement of the case.

8    For these reasons, the parties respectfully request this court issue an Order continuing the
9  Initial Case Management Conference and all conference and filing deadlines attendant thereto
10 from September 15, 2008 until October 29, 2008 at 2:30 p.m. or to a date convenient to the Court
11 subsequent to October 29, 2008 to allow for an opportunity for the parties to resolve the entirety of
12 this case. These continuances will not have any impact on the remainder of the Case Schedule.

13   The parties further agree this stipulation may be executed in sub-parts and a signature
14 transmitted by facsimile may be deemed an original signature.

15 **IT IS SO STIPULATED.**

16 DATED: August __, 2008          Lewis Brisbois Bisgaard & Smith, LLP

18                                                By _____
19                                                Jemma A. Parker
                                                  Attorneys for Defendant Velocity Electronics, L.P.

21 DATED: August __, 2008          Dykema Gossett PLLC

                                                  By _____
24                                                Peter M. Kellett
                                                  Andrew J. Kolozsvary
25                                                Attorneys for Plaintiff Sanmina-SCI, USA, Inc.
   ///
26
27 ///
28

document exchange. The parties' believe there is a significant opportunity for resolution of the totality of the case prior to October 29, 2008. Due to unforseen delays in obtaining certain damages information and other information, the parties' settlement discussions were previously halted. Additional information will now be made available, and the parties seek to continue their productive negotiations. The imposition of substantial attorney time and effort required to proceed with the Case Management Conference and the filings and conferring preceding the hearing will act as a hindrance to the parties' settlement of the case.

For these reasons, the parties respectfully request this court issue an Order continuing the Initial Case Management Conference and all conference and filing deadlines attendant thereto from September 15, 2008 until October 29, 2008 at 2:30 p.m. or to a date convenient to the Court subsequent to October 29, 2008 to allow for an opportunity for the parties to resolve the entirety of this case. These continuances will not have any impact on the remainder of the Case Schedule.

The parties further agree this stipulation may be executed in sub-parts and a signature transmitted by facsimile may be deemed an original signature.

**IT IS SO STIPULATED.**

DATED: August ___, 2008        Lewis Brisbois Bisgaard & Smith, LLP


By _____
Jemma A. Parker
Attorneys for Defendant Velocity Electronics, L.P.

DATED: August 18, 2008        Dykema Gossett PLLC


By _____
Peter M. Kellett
Andrew J. Kolozsvary
Attorneys for Plaintiff Sanmina-SCI, USA, Inc.

///

///

**ORDER**

The Court, having considered the parties' joint stipulation, and good cause appearing therefore, hereby ORDERS AS FOLLOWS:

PURSUANT TO STIPULATION, IT IS SO ORDERED The Initial Case Management Conference shall be continued from September 15, 2008 until __October 29__, 2008 to be held in Courtroom __4__ at 2:30 p.m.

IT IS FURTHER ORDERED that all pre-Initial Case Management filing and conference deadlines including the Rule 26(f) conference, Rule 26 filings and ADR Certification Notice are to be continued commensurate with the new Initial Case Management Conference date. All other deadlines shall remain the same.

**IT IS SO ORDERED.**

Dated: __August 19__, 2008

_____
JUDGE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# FEDERAL COURT PROOF OF SERVICE
Sanmina-SCI, USA, Inc. v. Velocity Electronics, L.P.
United States District Court Case No. C08 02534 RS
Northern Division, San Jose

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 18, 2008, I served the following document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE [LOCAL RULE 6-1(b)]**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Andrew J. Kolozsvary
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI  48243-1668
Telephone:  (313) 568-5406
Facsimile:  (313) 568-6658
Email:  akolozsvary@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*

Peter M. Kellett
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI  48243-1668
Telephone:  (313) 568-6668
Facsimile:  (313) 568-6658
Email:  pkellett@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*

Patricia Mooney Coleman
Dykema Gossett PLLC
333 South Grand Avenue, #2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800, x1790
Facsimile:  (213) 457-1850
Email:  pcoleman@dykema.com
*Attorneys Appearing Pro Hac Vice for Plaintiff*

The documents were served by the following means:

[X]  **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4825-4594-3042.1

Executed on August 18, 2008, at San Francisco, California.

_____
NICOLE S. BLOCK

4825-4594-3042.1