**DYKEMA GOSSETT LLP**
PATRICIA M. COLEMAN SBN: 102646
pcoleman@dykema.com
PETER M. KELLETT (*admitted pro hac*)
pkellett@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

*E-FILED 10/2/08*

Attorneys for Plaintiff
SANMINA-SCI, USA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANMINA-SCI, USA, INC,<br><br>Plaintiff,<br><br>vs.<br><br>VELOCITY ELECTRONICS, L.P.,<br><br>Defendants. | Case No. CV08-02534 RS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Pursuant to the Stipulation of the parties to the above action, by and through their attorneys of record, filed October 2, 2008,

IT IS ORDERED that the above action be and hereby is dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: 10/2/08           By: /s/ Richard Seeborg
                         UNITED STATES MAGISTRATE JUDGE

DET01\617698.1
ID\AJK

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON